UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

THE RICE CORPORATION,

        Plaintiff,

  v.

RICE FINANCIAL S.A., et al.,

        Defendants.

NO. 2:02-cv-2133-MCE-GGH

**ORDER OF DISMISSAL**

----oo0oo----

On October 27, 2005, this Court issued an Order to Show Cause which required Plaintiff to demonstrate, within twenty (20) days following the date of said Order, why this action should not be dismissed under Federal Rule of Civil Procedure 4(m) for failure to serve any of the defendants with the summons and complaint in this matter. Plaintiff has failed to demonstrate any good cause for that failure, and has failed to make any response whatsoever to the Court's October 27, 2005 Order.

//

//

1

1  Given that failure, the present action is dismissed, without
2  prejudice.  The Clerk of the Court is hereby directed to close
3  the case.

    IT IS SO ORDERED.

DATED: February 2, 2006

                                        _____
                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE